## Case No. 15,585.

### UNITED STATES v. LEE.

[2 Cranch, C. C. 462.] 1

Circuit Court, District of Columbia. April Term, 1824.

RECEIVER OF PUBLIC MONEY—WHO IS.

A public officer who receives money in advance for the contingencies of his office, is a receiver of public money, within the meaning of the act of congress of the 3d of March, 1797 [1 Stat. 512].

This was a suit against the defendant [R. B. Lee], who was commissioner of claims under the act of congress of the 9th of April, 1816, § 11 (3 Stat. 261).

Mr. Swann, for the United States, offered two accounts settled and certified by the proper officers of the treasury department, according to the act of the 3d of March, 1797.

Mr. Jones, for defendant, objected, because, as he contended, the defendant was not a receiver of public money within the meaning of that act.

THE COURT said they had decided, in the case of U. S. v. King [Case No. 15,534], that accounts, so certified, were evidence where the defendant was charged with money advanced to him by the United States, for which he was to account. In that case money had been advanced to King upon a contract for gun-locks. The present defendant was commissioner of claims and received money in advance for the contingencies of his office, for which he is called upon to account.